**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-12-8193-PCT-PGR (DKD) |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Hank Henry Bitsui, | ) | |
| Defendant. | ) | |
| | ) | |

A pretrial  revocation hearing on the petition on violation of release conditions was held on January 7, 2014.

**THE COURT FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release pursuant to Title 18, U.S.C. § 3148..

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by any conditions of release if he were to be released.

**IT IS ORDERED** that Defendant shall be detained pending further order of the court.

DATED this 7th day of January, 2014.

Lawrence O. Anderson
United States Magistrate Judge